

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**JOHN RAMSEY**  
Assistant Attorney General  
General Litigation Division

PHONE: (512) 936-1322  
FAX: (512) 320-0667  
EMAIL: john.ramsey@oag.texas.gov

March 9, 2023

*Via ECF*

David A. O'Toole, Clerk  
United States District Court, Eastern District of Texas  
William M. Steger Federal Building and United States Courthouse  
211 West Ferguson Street, Room 106  
Tyler, Texas 75702

Re:   *Rachel Myrick v. Texas State Technical College*; Civil Action No. 2:22-CV-00370-JRG; Eastern District of Texas, Marshall Division

Dear Mr. O'Toole:

Please be advised that I will be on vacation and unavailable for hearings, settings, and any other event which would require a responsive pleading or my presence on the dates indicated below. I kindly request that, if possible, no deadlines or settings be scheduled for:

- March 13, 2023 – March 18, 2023
- May 25, 2023 – June 6, 2023.

Thank you for your consideration in this matter.

Sincerely,

John Ramsey  
Assistant Attorney General  
General Litigation Division  
Attorney for Defendant  
Texas State Technical College

Cc: Counsel of record via Efiling