IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RACHEL MYRICK, § § *Plaintiff*, § § v. § § TEXAS STATE TECHNICAL COLLEGE, § § *Defendant*. § | CIVIL ACTION NO.  2:22-CV-00370-JRG |

## ORDER

Before the Court is the Motion to Dismiss Plaintiff's Original Complaint (the "Motion") (Dkt. No. 4) filed by Defendant Texas State Technical College ("TSTC").  In light of the Amended Complaint (Dkt. No. 7) filed by Rachel Myrick, TSTC's Motion is hereby **DENIED AS MOOT**. *See Bosarge v. Mississippi Bureau of Narcotics*, 796 F.3d 435, 440 (5th Cir. 2015) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading.") (quoting *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994)).

**So ORDERED and SIGNED this 10th day of March, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE