IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RACHEL MYRICK | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | C.A. NO. 2:22-cv-00370 |
| | § | JURY TRIAL DEMANDED |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE | § | |
|     Defendant | § | |

## NOTICE OF COMPLIANCE WITH COURT'S DOCKET CONTROL ORDER

In compliance with the Court's Docket Control Order (Doc. No. 22), Plaintiff Rachel Myrick files this Notice of the parties' letter to the Court regarding the absence of any privilege disputes during Phase One of discovery. A copy of the letter is attached as Exhibit A.

Respectfully submitted,

/s/ William S. Hommel, Jr.
William S. Hommel, Jr.
State Bar No. 09934250
bhommel@hommelfirm.com
Hommel Law Firm PC
5620 Old Bullard Road, Suite 115
Tyler, Texas 75703
(903) 596-7100 Telephone/Facsimile

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record in accordance with the Rules of Civil Procedure on this 8th day of November, 2023.

*/s/ William S. Hommel, Jr.*
William S. Hommel, Jr