# EXHIBIT "A"

**WILLIAM S. HOMMEL, JR.**
Attorney At Law



5620 Old Bullard Road,
Suite 115, Tyler, Texas 75703

📞 (903) 596-7100
✉ bhommel@hommelfirm.com
🔗 www.hommelfirm.com
🐦 @billhommel



CIVIL TRIAL LAW
LABOR AND EMPLOYMENT LAW
PERSONAL INJURY TRIAL LAW

Representing Employees in
wrongful termination and wage
and hour disputes since 1986



November 8, 2023


VIA ELECTRONIC FILING
Honorable J. Rodney Gilstrap
U.S. District Judge
100 E. Houston Street
Marshall, TX 75670

RE:   2:22-cv-00370; Rachel Myrick v. Texas State Technical College, In the United States District for the Eastern District of Texas - Marshall Division

Honorable J. Rodney Gilstrap:

Pursuant to the Court's Docket Control Order, please allow this letter to serve as notice that the parties have no disputes concerning the privileged documents or information in the above-referenced cause.

Thank you for your attention to this matter.

Very truly yours,

William S. Hommel, Jr.
WSH/nem

cc:   VIA ELECTRONIC FILING
      Kelsey L. Warren
      Assistant Attorney General
      General Litigation Division
      P.O. Box 12548, Capitol Station
      Austin, TX 78711