IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RACHEL MYRICK, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL CASE NO. 2:22-CV-370-JRG |
| § | |
| TEXAS STATE TECHNICAL COLLEGE, § | |
| § | |
| *Defendant*. § | |
| § | |

### ORDER

The Court issues this Order *sua sponte*. The Court previously referred this case to mediation on February 10, 2023. (Dkt. No. 21.) The Court **ORDERS** the parties in this case to mediate promptly and at a mutually agreeable date, but no later than thirty (30) days from the date of this Order.

**So Ordered this**

**Jan 13, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE