IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RACHEL MYRICK, | § |
| *Plaintiff*, | § § § |
| v. | § CIVIL CASE NO.  2:22-CV-370-JRG |
| TEXAS STATE TECHNICAL COLLEGE, | § § § |
| *Defendant*. | § § |

## **ORDER**

The Court issues this Order sua sponte. On January 12, 2024, Texas State Technical College ("TSTC") filed an Opposed Motion for Leave to File Motion for Summary Judgment (the "Motion"). (Dkt. No. 35.) In the Motion, TSTC represents that its lead counsel experienced an unexpected medical emergency, resulting in the failure to meet its deadline to file dispositive motions, which passed on January 8, 2024. (*Id.* at 1; *see also* Dkt. No. 22 at 2.) TSTC requests leave to file its proposed motion for summary judgment (Dkt. No. 36) out of time, and Plaintiff Rachel Myrick ("Plaintiff") opposes the Motion. (Dkt. No. 35 at 1.) In view of the need for timely resolution of this issue, the Court hereby **ORDERS** expedited briefing on the Motion in accordance with the following:

- Plaintiff's Opposition Response, if any: Monday, January 22, 2024
- TSTC's Reply, if any: Wednesday, January 24, 2024
- Plaintiff's Sur-Reply, if any: Friday, January 26, 2024

**So ORDERED and SIGNED this 18th day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE