IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RACHEL MYRICK | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:22-CV-00370 |
| | § | |
| TEXAS STATE TECHNICAL COLLEGE | § | |

### MEDIATOR'S SUPPLEMENTAL REPORT

Pursuant to the Court's order a second mediation was conducted on February 6, 2024. All appropriate parties appeared and participated. No settlement was reached, and I suspended the mediation session. I will, however, follow up with the parties, and continue to work with them in an effort to see if the case can be resolved prior to trial.

*/s/ William Cornelius*
WILLIAM CORNELIUS, MEDIATOR
bill@wcstrategicadr.com

### CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with the local rules of the Court's CM/ECF system, on February 7, 2024.

/s/ *William Cornelius*
WILLIAM CORNELIUS, MEDIATOR