IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RACHEL MYRICK,<br><br>*Plaintiff,*<br><br>v.<br><br>TEXAS STATE TECHNICAL COLLEGE,<br><br>*Defendant.* | § § § § § § § § § § § § § §   CIVIL CASE NO. 2:22-CV-370-JRG |

## ORDER

Before the Court is the Joint Notice of Settlement and Request for Stay (the "Motion") filed by Plaintiff Rachel Myrick ("Plaintiff") and Defendant Texas State Technical College ("Defendant"). (Dkt. No. 54.) In the Motion, the parties represent that they have reached a settlement in principle and request that the Court stay all deadlines pending the finalization of the release and settlement agreement. (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all deadlines in the above-captioned case are **STAYED** up to and including March 13, 2024, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 13th day of February, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE